Mark Clayton Choate, Esq., AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| DIANE SOURON, Individually and as Personal Representative of the Estate of JODY WATSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:09-CV-00016 JWS |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by the parties hereto, through their respective counsel, that the above-captioned matter may be dismissed with prejudice relating to the Complaint in its entirety, each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED Tuesday, December 01, 2009, at Juneau, Alaska.

Respectfully submitted,
CHOATE LAW FIRM LLC

s/ Mark Choate
_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490

Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070


KAREN LOEFFLER
UNITED STATES ATTORNEY


s/*Gary M. Guarino*
_____
GARY M. GUARINO
Assistant U.S. Attorney
222 West 7th Avenue, #9, Rm 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
EM: gary.guarino@usdoj.gov
AK Bar: 8209092

Attorneys for Defendant, USA

*Watson, Jody Estate v. USA (1:09-CV-00016 JSW) [23160] m/j.*
STIPULATION FOR DISMISSAL1

1:09-CV-00016 JWS

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490